# In the United States Court of Federal Claims

Angeliina L. Lawson, individually )
)
and next of friend of minor child D.L. )
)
Plaintiff(s), )   Case No. _____
)
v. )   Judge _____
)
THE UNITED STATES, )
)
Defendant. )
)

## COMPLAINT

Your complaint must be clearly handwritten or typewritten, and you must sign and declare under penalty of perjury that the facts are correct. If you need additional space, you may use another blank page. A fillable pdf is available at http://uscfc.uscourts.gov/filing-a-complaint.

If you intend to proceed without the prepayment of filing fees (*in forma pauperis* (IFP)), pursuant to 28 U.S.C. § 1915, you must file along with your complaint an application to proceed IFP.

1. **JURISDICTION.** State the grounds for filing this case in the United States Court of Federal Claims. The United States Court of Federal Claims has limited jurisdiction (*see* e.g., 28 U.S.C. §§ 1491-1509).

This Court has jurisdiction under the Tucker Act, 28 U.S.C. §1491(a)(1), to hear non-tort claims for money damages against the United States founded upon the Constitution, federal statutes, and official acts. Plaintiff seeks monetary relief in excess of $10,000 for constitutional injury, administrative inaction, and retaliatory deprivation of federally protected rights by federally funded courts and agencies.

## 2. PARTIES

Plaintiff, Angelina L. Lawson, individually, resides at 1914 5th Ave
(Street Address)

Leavenworth, KS 66048, 913-972-1661
(City, State, ZIP Code)   (Telephone Number)

If more than one plaintiff, provide the same information for each plaintiff below.

Also bringing claim as next friend for minor child, D.L.

## 3. PREVIOUS LAWSUITS.
Have you begun other lawsuits in the United States Court of Federal Claims?   [ ] Yes  [✔] No

If yes, please list cases: _____

## 4. STATEMENT OF THE CLAIM.
State as briefly as possible the facts of your case. Describe how the United States is involved. You must state exactly what the United States did, or failed to do, that has caused you to initiate this legal action. Be as specific as possible and use additional paper as necessary.

This action arises from the constructive taking of Plaintiff's constitutionally protected rights and federally guaranteed protections due to paralysis and inaction by the Tenth Circuit between July 2025 and December 2025. During this time:

Plaintiff perfected federal removal under 28 U.S.C. §1443(1), raising ADA-based constitutional violations. The Tenth Circuit failed to rule on at least five motions including emergency motions, all docketed. As a result, a Kansas lower state court continued to issue orders and convene hearings, despite lacking jurisdiction post-removal. Plaintiff was denied contact with her minor son for over 90 days and her son was illegally removed since September 19, 2024 without due process. Plaintiff formally presented a damages ledger via her filing titled "NOTICE OF CONSTITUTIONAL STALEMATE AND RECORD OF FEDERAL APPELLATE FAILURE RESULTING IN CONSTRUCTIVE TAKING" into the Tenth Circuit and a Notice of Claims into the state court. These events constitute a constitutional and administrative breach that qualifies as a non-tort taking of protected rights and access under the Tucker Act. On May 6, 2025, Plaintiff removed a state custody case to federal court under §1443(1) based on ADA retaliation and constitutional violations. The case was prematurely remanded stating race only. Plaintiff appealed the remand, docketed as Tenth Circuit Case No. 25-3097 citing SCOTUS current opinions of race neutral interpretations required. Between July 22 and November 18, 2025, Plaintiff filed multiple emergency motions seeking protective relief, Rule 60(d)(3) fraud review, and ADA enforcement. The Tenth Circuit issued denials or no rulings during this period, despite active federal removal, pending SCOTUS writs, and continuing state harm. On November 4, 2025, the Tenth Circuit denied a related writ of mandamus (25-3158), refused to address the fraud, and denied rehearing on November 24, 2025.

Legal Authority: Fifth Amendment Takings Clause The government's refusal to enforce jurisdictional boundaries and protect federal rights constitutes a constructive taking of parenting, religious, and access liberties without compensation.

First and Fourteenth Amendments Retaliatory denial of ADA rights, suppression of protected filings, and refusal to provide federal process violate core due process, liberty, and expressive guarantees.

ADA Title II (42 U.S.C. §§12132, 12203) The U.S. judiciary and administrative actors failed to accommodate Plaintiff's disability, denied equal access to litigation tools, and enabled discrimination through inaction.

TOTAL   $50,000,000

A full ledger and constitutional brief are available upon docketing

5. **RELIEF.** Briefly state exactly what you want the court to do for you.

> Entry of judgment in the amount of $50,000,000 for federal taking and civil rights injury; Certification of federal nonaction (Tenth Circuit Dkt. #25-3097) as a violation of access, due process, and ADA obligations; Preservation of jurisdiction to allow Rule 27 and supplemental filings related to fraud and civil conspiracy; Any further relief this Court deems just and proper.

Signed this <u>8</u> day of <u>December</u>, <u>2025</u>.
  (day)         (month)              (year)

_____
Signature of Plaintiff(s)