25-2097C

# In The United States Court of Federal Claims
## Form 2
## Cover Sheet

**Plaintiff(s) or Petitioner(s)**

Names: ANGELIINA LYNN LAWSON, individually and as next friend of minor child D.L.

Location of Plaintiff(s)/Petitioner(s) (city/state): Leavenworth, KS

(If this is a multi-plaintiff case, pursuant to RCFC 20(a), please use a separate sheet to list additional plaintiffs.)

Name of the attorney of record (See RCFC 83.1(c)): Pro Se
Firm Name: N/A Pro Se

Contact information for pro se plaintiff/petitioner or attorney of record:

Post Office Box: N/A
Street Address: 1914 5th Ave
City-State-ZIP: Leavenworth, KS 66048
Telephone Number: 913-972-1661
E-mail Address: angeliinacourtrecords@gmail.com

Is the attorney of record admitted to the Court of Federal Claims Bar? ☐ Yes ☑ No
Pro Se

Nature of Suit Code: 510
Select only one (three digit) nature-of-suit code from the attached sheet.

Agency Identification Code: Varies
Number of Claims Involved: 4

Amount Claimed: $ 50,000,000
Use estimate if specific amount is not pleaded.

Bid Protest Case (required for NOS 138 and 140):
Indicate approximate dollar amount of procurement at issue: $ N/A
Is plaintiff a small business? ☐ Yes ☑ No
Was this action proceeded by the filing of a protest before the GAO? ☐ Yes ☑ No   Solicitation No. N/A
If yes, was a decision on the merits rendered? ☐ Yes ☑ No

Income Tax (Partnership) Case:
Identify partnership or partnership group: N/A

Takings Case:
Specify Location of Property (city/state): Leavenworth, KS

Vaccine Case:
Date of Vaccination: N/A

Related case:
Is this case directly related to any pending or previously filed case(s) in the United States Court of Federal Claims? ☐ Yes ☑ No  If yes, you are required to file a separate notice of directly related case(s). See RCRC 40.2.

RECEIVED - USCFC
DEC 09 2025

193