UNITED STATES COURT OF FEDERAL CLAIMS

ANGELIINA LYNN LAWSON,

Plaintiff,

v.

THE UNITED STATES OF AMERICA,

Defendant.

Case No: _____

CERTIFICATE OF SERVICE

I, Angeliina Lynn Lawson, hereby certify under penalty of perjury that on this 8th day of December, 2025, I served a true and correct copy of the following documents by United States Postal Service, First-Class Mail:

- Complaint under the Tucker Act (28 U.S.C. § 1491)
- Motion for Leave to Proceed In Forma Pauperis
- Cover Sheet (RCFC Form 2)
- Notice of Tenth Circuit Appellate Failure and Constitutional Stalemate

These documents were served upon:

United States Department of Justice

Civil Division – Federal Programs Branch

1100 L Street NW

Washington, DC 20005

RECEIVED - USCFC
DEC 0 9 2025

This Certificate of Service is submitted in compliance with RCFC Rule 5.4(c).

Respectfully submitted,                                         Date: December 8, 2025

/s/

Angeliina Lynn Lawson

Pro Se Plaintiff

1914 Fifth Avenue

Leavenworth, KS 66048

AngeliinaCourtRecords@gmail.com

(913) 972-1661