# In the United States Court of Federal Claims

**No. 25-2097 C**
**Filed: January 8, 2026**

```
*************************************
ANGELIINA LYNN LAWSON,          *
              Plaintiff,        *
                                *                    JUDGMENT
         v.                     *
                                *
                                *
THE UNITED STATES,              *
              Defendant.        *
*************************************
```

Pursuant to the court's Order, filed January 8, 2026,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that plaintiff's complaint is dismissed for lack of jurisdiction. No costs are awarded.

Lisa L. Reyes
Clerk of Court

By: *Ashley Reams*
Deputy Clerk

NOTE: As to appeal to the United States Court of Appeals for the Federal Circuit, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Effective December 1, 2023, the appeals fee is $605.00.