# In the United States Court of Federal Claims

```
*******************************************
                                          *
ANGELIINA LYNN LAWSON                     *
            Plaintiff(s),                 *    No. 25-2097
                                          *
v.                                        *
                                          *
THE UNITED STATES,                        *
                                          *
            Defendant.                    *
                                          *
*******************************************
```

For the reasons specified in the attached deficiency memorandum, the submission identified shall be:

- [x] Filed by my leave.

- [ ] Filed by my leave and the filing shall be titled _____.

- [ ] Filed by my leave and the party is being notified for the correction of the following defect(s) in all future filings: _____.

- [ ] Filed by my leave and the party is required to file a redacted version of the document for the public record (Rule 5.2).

- [ ] Returned to the party for the correction of defects. The party shall re-file the corrected document on or before _____. Opposing counsel's time to respond to the filing is to run from the date of re-service.

- [ ] Returned to the party unfiled.

- [ ] Rejected.

IT IS SO ORDERED.

s/Richard A. Hertling
Judge

January 9, 2026
Date

Revised: 3/2022