Docket No. 25-2097

## UNITED STATES COURT OF FEDERAL CLAIMS

## DEFICIENCY MEMORANDUM

TO: Judge Hertling

FROM: CLERK'S OFFICE

CASE NAME: ANGELIINA LYNN LAWSON v. USA

DOCUMENT TITLE: RULE 59 SUPPLEMENT TO MOTION FOR RECONSID

The attached was received on 1/8/2026 and the following defect(s) is/are noted:

1. ☐ Untimely, due to be filed by _____ [Rule 7.2]

2. ☐ Not signed [ Rule 11]

3. ☐ Does not comply with the provisions of Rule:

   ☐ 5.2(a)        Re: redacted filings [Privacy Protection]

   ☐ 5.4(a)(2)(A)  Re: table of contents or index to appendix is missing (or in wrong location)

   ☐ 5.4(b)        Re: length of briefs or memorandum

   ☐ 5.5(g)        Re: Judge's name on all filings

   ☐ 10(a)         Re: incorrect caption; names of parties

4. ☐ Original affidavit(s)/declaration(s) is/are missing

5. ✔ No provision in the rules (or court order) for filing of this item

6. ✔ No provision for filing a supplement to motion for reconsideration. Leave of court is required.

zr
Deputy Clerk's Initials

Revised January 2024