# In the United States Court of Federal Claims

No. 25-2097C
Filed: January 9, 2026

---

**ANGELIINA LYNN LAWSON,**

    *Plaintiff,*

**v.**

**UNITED STATES,**

    *Defendant*.

---

## ORDER

    The plaintiff has moved under Rule 59 of the Rules of the Court of Federal Claims ("RCFC") for reconsideration of the January 8, 2026, order dismissing her complaint and for leave under RCFC 15 to amend her complaint. The plaintiff also submitted a supplement, filed by leave of the court, to her motion for reconsideration. The plaintiff continues to complain that the federal courts have not provided her the relief she seeks. No matter how she tries to explain her taking theory, the plaintiff is complaining about the acts of other federal courts. That complaint may not serve as the basis of a taking claim. The motion under RCFC 59 for reconsideration is **DENIED.**

    As for amending her complaint, the plaintiff has not attached a proposed amended complaint and has not otherwise explained how she plans to avoid the jurisdictional problem identified in the order of dismissal. Leave to amend a complaint should be freely given, but amendment may be denied if it would futile. Here, as outlined in the plaintiff's motion, amendment would be futile. The motion under RCFC 15 for leave to file an amended complaint is **DENIED**. If the plaintiff thinks she has a claim that falls within the limited substantive jurisdiction of the Court of Federal Claims, she is free to file a new complaint and again seek leave to proceed *in forma pauperis*.

    It is so **ORDERED**.

s/ Richard A. Hertling<br>
**Richard A. Hertling**<br>
**Judge**